**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DANIEL BARR, | ) | |
| | ) | 07-c-6736 |
| Plaintiff, | ) | |
| | ) | Judge Kennelly |
| vs. | ) | Magistrate Judge Ashman |
| | ) | |
| ARROW FINANCIAL SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), plaintiff Daniel Barr hereby dismisses this action with prejudice and without costs.

Respectfully submitted,

**DANIEL BARR**


By: s/ Tiffany N. Hardy
    Tiffany N. Hardy
      One of His Attorneys

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle St.-18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

1

## CERTIFICATE OF SERVICE

       I, Tiffany N. Hardy, certify on March 6, 2008, the foregoing document was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. A copy of the foregoing document will be sent by facsimile and U.S. Mail to all parties not registered with the Court's electronic filing system. Parties may access this filing through the Court's system.

**Arrow Financial Services, LLC**
c/o CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604

Fax: 312-263-3928

s/ Tiffany N. Hardy
Tiffany N. Hardy
